# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **IN RE:** ) | Case No.: 17-14920-aih |
| ) | |
| **Richard McKay Osborne, Jr** ) | Chapter: 7 |
| Debtor. ) | |
| ) | Judge: ARTHUR I HARRIS |
| ) | |
| ) | **NOTICE OF APPEARANCE** |
| ) | |
| ) | |

Please take notice that Timothy M. Sullivan, who is admitted to practice before the United States District Court for the Northern District of Ohio, hereby enters his appearance as attorney for the State of Ohio, BUREAU OF WORKERS' COMPENSATION, in his official capacity as Special Counsel to the Ohio Attorney General under Ohio Revised Code §109.08, in the within proceeding and pursuant to Bankruptcy Rule 2002, and requests that his name be added to the mailing list maintained by the Clerk in the above-captioned case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served on the following:

**TIMOTHY M. SULLIVAN**
**Special Counsel to**
**Ohio Attorney General**
25651 Detroit Road, Suite 203
Cleveland, Ohio 44145
(440) 871-8805
Fax: (440) 871-8485
Email: tim@tmslaw.net
crystal@tmslaw.net

-1-

Please take further notice that the foregoing request includes notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answer and reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically, or otherwise.

This notice of appearance is being filed for the sole purpose of notifying the Court and the parties of the address to be used for service of notices, orders, reports, and pleadings. The undersigned does not have the authority or capacity to waive the sovereign immunity of the State of Ohio BUREAU OF WORKERS' COMPENSATION, or the State of Ohio. Accordingly, this notice of appearance does not constitute a waiver of sovereign immunity by or on behalf of the State of Ohio BUREAU OF WORKERS' COMPENSATION, the State of Ohio, or any of its other departments, agencies, boards, or other instrumentalities.

Date: 1/4/2018

/s/ Timothy M. Sullivan
Timothy M. Sullivan (0061397)
Crystal M. Duplay (0084600)
Law Offices of Timothy M. Sullivan
25651 Detroit Road, Suite 203
Cleveland, OH 44145
(440) 871-8805
Fax: (440) 871-8485
tim@tmslaw.net
crystal@tmslaw.net
Special Counsel to Ohio Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January 2018, a copy of the foregoing Notice of Appearance was served:

Via Court's Electronic Case Filing system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Michael David Allen    michael.allen@ohioattorneygeneral.gov
- Patricia L. Johnson    bankruptcies@gernerlaw.com
- Stuart A. Laven    slaven@cavitch.com
- Heather L. Moseman    heather@mosemanlaw.com, admin@mosemanlaw.com
- David O. Simon, Trustee    david@simonlpa.com, dosimon@ecf.epiqsystems.com
- United States Trustee    (Registered address)@usdoj.gov

And by regular U.S. Mail postage prepaid, on:

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

/s/ Timothy M. Sullivan
Timothy M. Sullivan (0061397)
Crystal M. Duplay (0084600)
Law Offices of Timothy M. Sullivan
25651 Detroit Road, Suite 203
Cleveland, OH 44145
(440) 871-8805
Fax: (440) 871-8485
tim@tmslaw.net
crystal@tmslaw.net
Special Counsel to Ohio Attorney General