IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | CASE NO. 17-14920 |
| ) | |
| **RICHARD McKAY OSBORNE, JR.** ) | CHAPTER 7 PROCEEDINGS |
| **TRICIA A. OSBORNE** ) | |
| Debtor(s) ) | JUDGE ARTHUR I. HARRIS |
| ) | |

## NOTICE OF APPEARANCE and REQUEST FOR NOTICES

Now comes Adam S. Baker, attorney for Maple Valley Estates, LLC, a creditor in the instant case, and hereby enters his appearance as attorney of record for said creditor and directs this Honorable Court to direct any future communications, court notices to:

Adam S. Baker, Esq.
Attorney for Maple Valley Estates, LLC
55 Public Square, Suite 1330
Cleveland, Ohio 44113
(216) 771-3966  Fax No. (216) 771-4124
adam@bakerlaw.us

**Respectfully submitted**,

/s/ Adam S. Baker
**ADAM S. BAKER**  (0069000)
Attorney for Maple Valley Estates, LLC
Baker, Baker & Baker LLC
55 Public Square, Suite 1330
Cleveland, Ohio 44113
(216) 771-3966  Fax: (216) 771-4124
adam@bakerlaw.us

# CERTIFICATE OF SERVICE

      I certify that a true and correct copy of this Notice of Appearance was served, via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List, on this __8TH__ day of January, 2018.

- Michael David Allen   michael.allen@ohioattorneygeneral.gov
- Patricia L. Johnson   bankruptcies@gernerlaw.com
- Stuart A. Laven   slaven@cavitch.com
- Heather L. Moseman   heather@mosemanlaw.com, admin@mosemanlaw.com
- David O. Simon, Trustee   david@simonlpa.com, dosimon@ecf.epiqsystems.com
- United States Trustee   (Registered address)@usdoj.gov

                                                  /s/ Adam S. Baker
                                                  **ADAM S. BAKER**  (0069000)
                                                  Attorney for Maple Valley Estates, LLC