```
                          United States Bankruptcy Court
                           Northern District of Ohio
```

In re:                                                     Case No. 17-14920-aih
Richard McKay Osborne, Jr                                  Chapter 7
Tricia A. Osborne
        Debtors
                            **CERTIFICATE OF NOTICE**

District/off: 0647-1          User: athre              Page 1 of 1           Date Rcvd: Jan 29, 2018
                              Form ID: pdf801          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2018.
db/db         #+Richard McKay Osborne, Jr,   Tricia A. Osborne,    9050 Jackson Street,   Mentor, OH 44060-4437
cr             +Daniel Biondolillo,   c/o Stuart A. Laven, Jr., Esq.,    Cavitch Familo & Durkin Co., LPA,
                 1300 East Ninth Street,    20th Floor,   Cleveland, OH 44114-1501
cr             +Maple Valley Estates, LLC,   7670 Tyler Blvd.,   Mentor, OH 44060-4853
cr             +Ohio Bureau Of Workers Compensation,   246 North High Street,   Columbus, OH 43215-2406
cr             +Ohio Department of Commerce,   Ohio Attorney General's Office,    30 East Broad Street,
                 23rd Floor,   Columbus, OH 43215-3414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 29 2018 22:01:16
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                THE HUNTINGTON NATIONAL BANK
*              +Richard McKay Osborne, Jr.,   9050 Jackson St.,   Mentor, OH 44060-4437
                                                                                             TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018                              Signature:  /s/Joseph Speetjens

---

                        **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2018 at the address(es) listed below:
              Adam S. Baker    on behalf of Creditor   Maple Valley Estates, LLC abakerlaw@sbcglobal.net,
               adam@bakerlaw.us;abakerlaw@gmail.com
              David O. Simon, Trustee    on behalf of Trustee David O. Simon, Trustee david@simonlpa.com,
               dosimon@ecf.epiqsystems.com
              David O. Simon, Trustee    david@simonlpa.com, dosimon@ecf.epiqsystems.com
              Heather L. Moseman    on behalf of Defendant Richard McKay Osborne, Jr heather@mosemanlaw.com,
               admin@mosemanlaw.com
              Heather L. Moseman    on behalf of Debtor Tricia A. Osborne heather@mosemanlaw.com,
               admin@mosemanlaw.com
              Heather L. Moseman    on behalf of Debtor Richard McKay Osborne, Jr heather@mosemanlaw.com,
               admin@mosemanlaw.com
              Michael David Allen    on behalf of Creditor   Ohio Department of Commerce
               michael.allen@ohioattorneygeneral.gov
              Patricia L. Johnson    on behalf of Creditor   THE HUNTINGTON NATIONAL BANK
               bankruptcies@gernerlaw.com
              Stuart A. Laven    on behalf of Creditor Daniel  Biondolillo slaven@cavitch.com
              Stuart A. Laven    on behalf of Plaintiff Daniel  Biondolillo slaven@cavitch.com
              Timothy M. Sullivan    on behalf of Creditor   Ohio Bureau Of Workers Compensation tim@tmslaw.net,
               crystal@tmslaw.net
                                                                                             TOTAL: 11

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on January 29, 2018, which may be different from its entry on the record.**

**IT IS SO ORDERED.**



**Dated: January 29, 2018**

ENTERED UNDER ADMINISTRATIVE
ORDER NO. 02-10: TERESA D. UNDERWOOD,
CLERK OF COURT
BY: /s/ A. A. Threatt
**Deputy Clerk**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 17-14920 |
| | ) | |
| Richard McKay, Jr., & Tricia Osborne, | ) | Judge Arthur I. Harris |
| | ) | |
| Debtors. | ) | Chapter 7 Case |

### ORDER DIRECTING DEBTOR, RICHARD MCKAY OSBORNE, JR., TO APPEAR FOR EXAMINATION PURSUANT TO RULE 2004(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, *DUCES TECUM*

This matter came on for consideration upon the trustee's Motion for Order Upon the Debtor, Richard McKay Osborne, Jr., to Appear for Examination Pursuant to Rule 2004(a) of the Bankruptcy Rules.

IT APPEARING to the Court that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that the trustee's motion is hereby granted and the debtor is directed to appear for examination on the 2nd day of February, 2018, at 9:30 a.m. in the office of David O. Simon, trustee, 55 Public Square, Suite 2100, Cleveland, OH 44113, and to bring with him copies of all documentation regarding the sale of a

"gold blob" for $69,000.00, the debtor's receipt of the sale proceeds and the debtor's disposition of the sale proceeds, including the banking records of Osborne Real Estate Services, LLC, the alleged recipient of a portion of the proceeds.

# # #

Submitted by:

*/s/ David O. Simon*

_____
David O. Simon, Trustee
55 Public Square, Suite 2100
Cleveland, OH 44113-1902
(216) 621-6201; Fax: (888) 467-4181
david@simonlpa.com


Service:

David O. Simon, Trustee (ECF)
Heather Moseman, Esq., (ECF)

Richard McKay Osborne, Jr.
9050 Jackson St.
Mentor, OH 44060