UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:   | Case No. 17-14920

**Richard McKay Osborne, Jr**
**Tricia A. Osborne**   | Chapter 7

| JUDGE   ARTHUR I HARRIS

**SPECIAL LIMITED NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICE ON BEHALF**
**OHIO DEPARTMENT OF TAXATION**

PLEASE TAKE NOTICE that the State of Ohio, Ohio Department of Taxation appears herein by its counsel for the limited purpose of directing, pursuant to Fed. R. Bankr. P. 2002(g), that all notices given or required to be given in this case and all papers served or required to be served this case, be given and served at the address set forth for it in the schedules and also at the following address:

Ohio Department of Taxation
c/o Christopher J Klym
24441 Detroit Road, Suite 300
Westlake, OH 44145
440-871-8111
440-871-2661 (Fax)

PLEASE TAKE FUTHER NOTICE that the foregoing request includes not only the notice referred to in Fed. R. Bankr. P. 2002 but also includes, without limitation, any orders, application, motions, petitions, plans, pleadings, requests, complaints or other papers which affect or seek to affect in any way the procedural or equitable rights or interests of Ohio Department of Taxation.

This special limited notice of appearance is being filed for the sole purpose of notifying the Court and the parties of the address to be used for service of notices, orders, reports, and pleadings. The undersigned does not have the authority or capacity to waive the sovereign immunity of Ohio Department of Taxation or of the State of Ohio or to consent to this Court's exercise of jurisdiction over Ohio Department of Taxation or the State of Ohio. Accordingly, this special limited notice of appearance does not constitute a waiver of sovereign immunity by or on behalf of Ohio Department of Taxation, the State of Ohio, or any of its other departments, agencies, boards, or other instrumentalities.

    State of Ohio
    Office of the Attorney General
    Mike DeWine

    /s/Christopher J. Klym
    Christopher J. Klym (0062508)
    Special Counsel to the Attorney General
    Huffman, Hunt, Klym & Warner, LLC
    24441 Detroit Road, Suite 300
    Westlake, OH 44145-1543
    Telephone (440) 871-8111
    Facsimile (440) 871-8111
    *bk@hhkwlaw.com*
    *Attorneys for Defendant, State of Ohio*

## CERTIFICATE OF SERVICE

I certify that on February 12, 2018a true and correct copy of this Notice of Appearance was served:

    Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Heather L. Moseman on behalf of Debtors Richard McKay Osborne, Jr & Tricia A. Osborne at: heather@mosemanlaw.com

    David O Simon, Trustee, at dsimon@epiqtrustee.com

    And by regular U.S. mail postage prepaid, on:

        None

Mike DeWine
State of Ohio, Attorney General

/s/Christopher J. Klym
Christopher J. Klym (0062508)
Special Counsel to the Attorney General
Huffman, Hunt, Klym & Warner, LLC
24441 Detroit Road, Suite 300
Westlake, OH 44145-1543
Telephone (440) 871-8111
Facsimile (440) 871-8111
*bk@hhkwlaw.com*
*Attorneys for Defendant, State of Ohio*