# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 17-14920-(AIH) |
| **Richard McKay Osborne Jr.,** ) | |
| ) | Chapter 7 |
| **Tricia A. Osborne,** ) | |
| ) | Judge Arthur I. Harris |
| **Debtors.** ) | |

### UNOPPOSED MOTION PURSUANT TO FED. R. BANKR. P. 2004 FOR ORDER AUTHORIZING THE UNITED STATES TRUSTEE TO EXAMINE CO-DEBTOR RICHARD MCKAY OSBORNE, JR.

Daniel M. McDermott, the United States Trustee for Region 9 ("United States Trustee"), by and through undersigned counsel, hereby moves, pursuant to Fed. R. Bankr. P. 2004 for the entry of an order that) authorizes the United States Trustee or his designee to examine the co-debtor Richard McKay Osborne, Jr. (the "Debtor") and to create a record of said examination by recording verbatim or by stenographic means, at the time and place notified below.

**APPEARANCE FOR EXAMINATION**
Date: April 23, 2018
Time: 9:30 a.m. EDT
Place: United States Trustee 341 Meeting Room
H.M. Metzenbaum U.S. Courthouse, 6th Floor
201 Superior Ave. E. Suite 441
Cleveland, OH 44114

**THIS TIME AND PLACE MAY BE CHANGED BY MUTUAL AGREEMENT OF THE PARTIES IN ORDER TO EFFECTUATE AN ORDERLY EXAMINATION AND/OR TO COMPLY WITH APPLICABLE RULES.**

**WHEREFORE,** the United States Trustee prays that this Court enter an order, pursuant to Fed. R. Bankr. P. 2004, authorizing the United States Trustee or his designee to examine the Debtor.

Respectfully submitted,

Daniel M. McDermott
United States Trustee, Region 9

by:    */s/ Scott R. Belhorn*
Scott R. Belhorn (#0080094)
Trial Attorney
Office of the U.S. Trustee
H.M. Metzenbaum U.S. Courthouse
201 Superior Ave. East
Suite 441
Cleveland, Ohio 44114-1240
Phone (216) 522-7800 ext. 260
Fax (216) 522-7193
scott.r.belhorn@usdoj.gov

## CERTIFICATE OF SERVICE

I, Scott R. Belhorn, hereby certify that the foregoing Motion was electronically transmitted on or about March 8, 2017, via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

- Michael David Allen	michael.allen@ohioattorneygeneral.gov
- Adam S. Baker	abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com
- Patricia L. Johnson	bankruptcies@gernerlaw.com
- Christopher J. Klym	bk@hhkwlaw.com
- Stuart A. Laven	slaven@cavitch.com
- Heather L. Moseman	heather@mosemanlaw.com, admin@mosemanlaw.com
- David O. Simon, Trustee	david@simonlpa.com, dosimon@ecf.epiqsystems.com
- Timothy M. Sullivan	tim@tmslaw.net, crystal@tmslaw.net
- United States Trustee	(Registered address)@usdoj.gov

I, Scott R. Belhorn, hereby certify that the foregoing Motion was mailed via U.S. Post First Class on March 8, 2017, to the following parties:

Richard McKay Osborne, Jr
9050 Jackson Street
Mentor, OH 44060

*/s/ Scott R. Belhorn*
Scott R. Belhorn