

2900 Lake Vista Drive / Suite 200 / Lewisville, TX 75067 / 800.336.6569 / djoglobal.com



FILED
2019 AUG 26 PM 2:49
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF OHIO
CLEVELAND

July 30, 2019

US Bankruptcy Court Clerk:Northern District of Ohio
201 W Superior Ave,
Cleveland,, OH 44113

## CERTIFICATION OF NO PATIENT ACCOUNT

I am over the age of 18 and duly authorized to respond to bankruptcy notifications for DJO, LLC and its businesses.

There is no patient account pertaining to:

Name: Richard M. Osborne

Case No.: 17-14920

SSN:

[X] A thorough search of our files carried out under my direction using the specific information provided in your request revealed no patient account in DJO, LLC databases. It is to be understood that this does not mean that an account does not exist under another spelling, name, or other classification.

**I declare under penalty of perjury that the foregoing is true and correct.**

July 30, 2019
Date

*Libby Willson*
Signature of DJO, LLC Representative

## Libby Willson
DJO, LLC Representative Name
(print)

AIRCAST challenganooga cmf COMPEX djosurgical DONJOY DrComfort PROCARE

THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

IN RE: CASE NO. 17-14920

RICHARD MCKAY OSBORNE, JR. CHAPTER 7
TRICIA A. OSBORNE

                Debtors      JUDGE ARTHUR I HARRIS

## AMENDMENT TO SCHEDULES

Now comes the Debtors, Richard and Tricia Osborne, and states that the following changes have been made to their Petition in Voluntary Bankruptcy. New creditors have been added:

<u>Schedule F: Creditors who have Claims Secured by Property</u>: Changed

Changed                       To

Part 2
4.1, 49

                      Samuel Palmer
                      c/o Robert E Soles
                      6545 Market Ave., N
                      North Canton, OH 44721

                      Account number: 18CV000811
                      Debt incurred: 2016
                      Lawsuit
                      Amount owed:

We, Richard and Tricia Osborne, certify under penalty of perjury, that the foregoing is true and correct.

Executed on 01/25/2019                       /s/ Richard and Tricia Osborne

| | | | |
|---|---|---|---|
| Debtor 1 | Richard McKay Osborne, Jr | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Tricia A. Osborne | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number  17-14920
(if known)

☒ Check if this is an amended filing

Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

Your assets
Value of what you own

1. Schedule A/B: Property (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B..................................................................... $ 18,000.00

   1b. Copy line 62, Total personal property, from Schedule A/B............................................................ $ 850,468.32

   1c. Copy line 63, Total of all property on Schedule A/B...................................................................... $ 868,468.32

### Part 2: Summarize Your Liabilities

Your liabilities
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... $ 1,112,024.82

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............ $ 537,663.81

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............ $ 3,601,014.80

Your total liabilities $ 5,250,703.43

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*................................................ $ 12,900.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*........................................................ $ 13,150.00

### Part 4: Answer These Questions for Administrative and Statistical Records

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. What kind of debt do you have?

   ☐ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.

   ☒ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. *Check this box* and submit this form to

| 4.1 48 | Richard Osborne, Sr | Last 4 digits of account number | none | $2,000,000.00 |

Nonpriority Creditor's Name
7265 Markell
Waite Hill, OH 44094
Number Street City State Zip Code

When was the debt incurred? 2007 - 2017

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  various business loans

| 4.1 49 | Samuel Palmer | Last 4 digits of account number | 0811 | Unknown |

Nonpriority Creditor's Name
C/o Robert E Soles
6545 Market Ave. N
Canton, OH 44721
Number Street City State Zip Code

When was the debt incurred? 2018

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  Lawsuit

| 4.1 50 | Sievers Security | Last 4 digits of account number |  | $56,311.72 |

Nonpriority Creditor's Name

9853 Johnnycake Ridge Road, #203,
OH 44060
Number Street City State Zip Code

When was the debt incurred? 2013-2015

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  security services

Debtor 1 Richard McKay Osborne, Jr
Debtor 2 Tricia A. Osborne

Case number (if known) 17-14920

the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

$ _____

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 537,663.81 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 537,663.81 |