The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on October 16, 2019, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: October 16, 2019**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:

RICHARD MCKAY OSBORNE, JR.
TRICIA A. OSBORNE

CASE NO: 17-14920 aih

CHAPTER 7

JUDGE ARTHUR I. HARRIS

**ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR
RICHARD M. OSBORNE, JR and TRICIA A. OSBORNE**

This matter came to be heard upon the Motion of attorney Heather L. Moseman for an order of this Court to withdrawal as counsel for Defendant Richard M. Osborne, Jr. under Ohio Rule of Professional Responsibility 1.16(b)(5)&(6). The Court finds the Motion well taken and grants same.

IT IS ORDERED that Heather L. Moseman is hereby no longer counsel for Debtors Richard M and Tricia Osborne, Jr. in the above referenced case.

IT IS SO ORDERED.

####

Prepared by:

　/s/ Heather L. Moseman
Heather L. Moseman, Esq. (0076457)
MOSEMAN LAW OFFICE, LLC
Attorney for Debtors
8500 Station Street, Suite 210
Mentor, Ohio 44060
Telephone:  440-255-0832
heather@mosemanlaw.com

CERTIFICATE OF SERVICE

　　I certify that on September 16, 2019 a true and correct copy of the **MOTION TO WITHDRAW AS COUNSEL FOR RICHARD M. OSBORNE, JR and TRICIA A. OSBORNE** was served:

Via the court's Electronic Case filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

　　David Simon, chapter 7 Trustee via ECF filing.

And by regular U.S. Mail, postage prepaid, on:

　　Richard M. and Tricia A Osborne, Jr. at 9050 Jackson Street, Mentor, OH 44060

　　All creditors in the Attached creditor matrix

　　　　　　　　　　　　　　　　　　　　　　　/s/ Heather L. Moseman
　　　　　　　　　　　　　　　　　　　　　　　Heather L. Moseman (0076457)
　　　　　　　　　　　　　　　　　　　　　　　MOSEMAN LAW OFFICE, LLC